

NUMBER 13-12-00715-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PATRICIO AHUMADA, **Appellant,**

**v.**

JOE HINTON, COMPASS BANK AND JULIO SALAZAR, **Appellees.**

**On appeal from the 389th District Court
of Hidalgo County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Longoria
Memorandum Opinion Per Curiam**

This matter is before the Court on a defective notice of appeal and appellant's failure to correct the defect. On November 27, 2012, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 9.5(e) (3). *See* TEX. R. APP. P. 9.5(e) (3). The Clerk directed appellant to file

an amended notice of appeal with the district clerk's office within 30 days from the date of that notice.

On January 30, 2013, the Clerk advised appellant that the defect had not been corrected and additionally notified appellant that the notice of appeal was not in compliance with Texas Rule of Appellate Procedure 25.1(d)(2). Appellant was advised that the appeal would be dismissed if the defects were not cured after the expiration of ten days from the date of receipt of the Court's notice. *See* TEX. R. APP. P. 25.1(d)(2), 37.1, 42.3(b),(c). Appellant has failed to correct the defects or otherwise respond to the Court's notices.

On its own motion, with ten days notice to the parties, an appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(b),(c). Accordingly, we dismiss the appeal for want of prosecution and failure to comply with a notice from the Court. *See id.*

PER CURIAM

Delivered and filed the 28th
day of February, 2013.

2